■ JOHN B. ELLIOTT, as Administrator of the Estate of FRANKLIN J. ELLIOTT, Deceased, Appellant, v. LOUIS SIERZENGA, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Ontario Trial Term, and a jury, for defendant for no cause of action, by direction of the court, in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ JOHN F. KOPCZYNSKI, Respondent, v. ROBERT H. KING et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Niagara Special Term, denying defendants' motion to vacate plaintiff's demand for a bill of particulars, and granting plaintiff's cross motion for a bill of particulars.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ WALTER STIVER, Respondent, v. COUNTY OF NIAGARA, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Niagara Trial Term, for plaintiff in an action to recover damages for personal injuries alleged to have been sustained by reason of negligent maintenance of highway.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ JAMES EVANSON, Respondent, v. BERLO VENDING COMPANY, Appellant. — Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term, for plaintiff in a civil action for assault.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER R. BALCERZAK, JR., Appellant.— Judgment of conviction and order affirmed. All concur. (Appeal from a judgment of Erie Trial Term, convicting defendant of the crime of criminal negligence in operation of vehicle resulting in death. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ MECHANIC'S LAUNDRY CO., INC., Respondent, v. JAMES CHRISTOPHER, JR., Appellant, et al., Defendant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe Equity Term, for plaintiff in an injunction action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY STRAUCH, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie Trial Term, convicting defendant of violation of section 1308 of the Penal Law.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ JAMES PALMERI, Respondent, v. CITY OF NIAGARA FALLS, Appellant, et al., Defendant.— Judgment and order affirmed, with costs. All concur. (Appeal by defendant city from a judgment of Niagara Trial Term, for plaintiff in an action for damages for loss of services of, and medical attendance for, plaintiff's son, alleged to have resulted by reason of his having been shot by a gun negligently handled by a police officer. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ

■ MARY PALMERI, as Guardian ad Litem of VINCENT PALMERI, an Infant, Respondent, v. CITY OF NIAGARA FALLS, Appellant, et al., Defendant.— Same decision and like cause of action as in companion case of *Palmeri* v. *City of Niagara Falls* (2 A D 2d 803, decided herewith). Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.